IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LAWRENCE BREWER | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Case No. 4:14CV509 |
| | § | |
| SAFECO INSURANCE COMPANY | § | |
| OF INDIANA and CHAD WILSON | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE AND ORDER REMANDING CASE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On September 8, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the parties' Agreed Motion to Remand (Dkt. 7) be GRANTED and that this case be remanded to the 62nd Judicial District Court of Hopkins County, Texas for further proceedings.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

**SIGNED this the 24th day of June, 2015.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

Therefore, the parties' Agreed Motion to Remand (Dkt. 7) is GRANTED and this case is hereby REMANDED to the 62nd Judicial District Court of Hopkins County, Texas for further proceedings

**IT IS SO ORDERED.**